Thomas and Rich, JJ., concurred; Jenks, P. J., not voting.   Order affirmed, with ten dollars costs and disbursements.

---

Bertram Ball, Appellant, v. Eber S. Wood, Respondent.— Motion denied, on condition that the appellant perfect his appeal, place the case on the calendar, and be ready for argument at the next term of this court; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

James Dyer, Respondent, v. John L. Radermacher, Appellant.— Motion denied, with costs.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Stephen H. Farnham, as Administrator, etc., Respondent, v. Thomas E. Clark and Another, as Executors, etc., Appellants.— Motion for reargument denied, with ten dollars costs.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Catherine Hayes, Respondent, v. Edmond J. Hayes, Appellant.— Motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

Howard Estates Development Company, Respondent, v. Benjamin E. Valentine and Others, Appellants.— Motion denied, with costs.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

In the Matter of the Supplementary Proceedings of Harris Blackman, Judgment Creditor, v. Philip Leizerkowitz and Others, Judgment Debtors.— Motion granted, without costs.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands, etc., Situated on the Westerly Side of Old Stone Road, etc., in the Borough of Richmond, etc., as a Site for School Purposes, etc.— Motion granted.   Present — Jenks, P. J., Burr, Thomas Woodward and Rich, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 22,353, Issued to Raffaelo Pelliccio.— Motion denied, with costs. Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

In the Matter of Robert H. Haskell, an Attorney at Law.— Motion denied, without costs.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

In the Matter of the Application of Julia H. Scofield, for Payment to Her of Award Made to Unknown Owners, etc., in a Proceeding to Acquire Title to Lands for a School Site for Public School 13 in the Borough of Richmond, etc.— Motion granted, and matter referred to Meier Steinbrink, Esq.   Present — Jenks, P. J., Burr, Thomas, Woodward and Rich, JJ.

In the Matter of the Application and Petition of J. Edward Simmons, etc. (Hill View Reservoir, Section No. 1.) (Matter of William R. Ware and Others.) — Order resettled on consent.   Present — Burr, Thomas, Woodward and Rich, JJ.